```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
```

UNITED STATES OF AMERICA

v.                              No. 4:06CR00204 SWW

KENNETH LYNN KNUCKLES

<u>FINAL ORDER OF FORFEITURE</u>

    WHEREAS, on February 16, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit:

    (1)  One(1) Compaq Presario desktop computer tower, Serial Number MXM4330LD2; and

    (2)  One(1) White aftermarket desktop computer tower with no serial number but with Hard Drive serial number L20PKPBC

and

    WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

    WHEREAS, no timely claim has been filed; and

    WHEREAS, the Court finds that defendant Kenneth Lynn Knuckles had an interest in the property that is subject to

forfeiture pursuant to Title 18 U. S. C. Section 2253(a);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as:

(1) One(1) Compaq Presario desktop computer tower, Serial Number MXM4330LD2; and

(2) One(1) White aftermarket desktop computer tower with no serial number but with Hard Drive serial number L20PKPBC

are hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 2253(m)(7).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this 30th day of May 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE