FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 12 2010

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kenneth Lynn Knuckles         Case Number: 4:06CR00204-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                       United States District Judge

Offense:                Possession of child pornography

Date of Sentence:       May 16, 2007

Sentence:               37 months Bureau of Prisons, 3 years supervised release, first 4 months of supervised release to be served in a residential re-entry center, DNA collection, mental health counseling specializing in sexual offender treatment, sex offender registration, no direct contact with minors under the age of 18, prohibited from possessing, subscribing to, or viewing any video, magazine or other literature depicting children in the nude and/or sexually explicit positions, no on-line computer service access, and $100 special penalty assessment

Type of Supervision:    Supervised Release         Date Supervision Commenced: January 16, 2009
                                                   Expiration Date: January 15, 2012

Asst. U.S. Attorney: Bob Govar                     Defense Attorney: Lisa G. Peters

U.S. Probation Officer: Brent J. Young
Phone No.: 501-604-5284

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **Unless otherwise indicated in the sex offender treatment plan, the defendant shall not purchase, possess, subscribe, view, listen to, or use any media forms containing pornographic images or sexually oriented materials including but not limited to written, audio, and/or visual depictions, such as pornographic books, magazines, literature, videos, CD's, DVD's, digital media, or photographs. This includes materials containing "sexually explicit conduct" as defined in 18 U.S.C. § 2256 (2).**

Prob 12B -2- Request for Modifying the
Case 4:06-cr-00204-SWW   Document 49   Filed 02/12/10   Page 2 of 4 Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender:  Kenneth Lynn Knuckles        Case Number:  4:06CR00204-001 SWW

## CAUSE

Mr. Knuckles' term of supervised release commenced on January 16, 2009. He was placed in a residential re-entry center in Shreveport, Louisiana, the same day. Mr. Knuckles completed his residential re-entry center placement on May 15, 2009. On July 14, 2009, Mr. Knuckles was administered a polygraph examination by Arkansas Polygraph and Investigative Associates. According to the polygraph report there was no deception detected. Mr. Knuckles was administered another polygraph examination on November 11, 2009. According to the polygraph report, Mr. Knuckles was deceptive in answering the questions. Mr. Knuckles contributed the deception to looking at an adult pornographic magazine he found while cleaning his house. He was administered another polygraph examination on December 14, 2009, and prior to the examination he told the examiner that he had been viewing pornographic images as often as everyday and then reduced the viewing to once a week. He stated he had viewed pornographic material as recently as a week and a half ago. Mr. Knuckles stated he previously lied about how often he had viewed pornographic material. On January 6, 2010, Mr. Knuckles was confronted about viewing pornographic material and then lying on his polygraph examination. He stated he was not honest about viewing adult pornographic material because he did not know if it was a violation of his conditions of supervision.

On January 6, 2010, Mr. Knuckles signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release. On January 25, 2010, Assistant Federal Public Defender Lisa Peters stated that she spoke to Mr. Knuckles and they do not object to the modification.

_____
Brent J. Young
U.S. Probation Officer

Date: February 1, 2010

_____
Assistant U.S. Attorney

Date: 2-2-10

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

2-12-10
Date

Prob 12B                                      -3-                         Request for Modifying the
                                                                          Conditions or Terms of Supervision
                                                                          with Consent of the Offender

Case 4:06-cr-00204-SWW   Document 49   Filed 02/12/10   Page 3 of 4

Name of Offender: Kenneth Lynn Knuckles          Case Number: 4:06CR00204-001 SWW

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

*/s/ Alan Schoeneck/*
Supervising U.S. Probation Officer

BJY/kyj

c:  Assistant Federal Public Defender, Lisa G. Peters, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Bob Govar, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Unless otherwise indicated in the sex offender treatment plan, the defendant shall not purchase, possess, subscribe, view, listen to, or use any media forms containing pornographic images or sexually oriented materials including but not limited to written, audio, and/or visual depictions, such as pornographic books, magazines, literature, videos, CD's, DVD's, digital media, or photographs. This includes materials containing "sexually explicit conduct" as defined in 18 U.S.C. § 2256(2).**

Witness: _____   Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

_____01-01-2010_____
DATE