**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                          NO. 4:06CR00204-001 SWW

KENNETH LYNN KNUCKLES

<u>ORDER</u>

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #51] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS AND ONE (1) DAY in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Seagoville, Texas and participate in sex offender counseling during incarceration.

There will be *NO* supervised release to follow.

The defendant is to report to the U. S. Marshal's Office on ***TUESDAY, SEPTEMBER 7, 2010 by NOON.*** The defendant shall remain on present conditions of release pending report date.

IT IS SO ORDERED this 4th day of August 2010.

<u>/s/Susan Webber Wright</u>
United States District Judge